

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-18-2006

# Teed v. Hilltown

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-2953

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Teed v. Hilltown" (2006). *2006 Decisions.* Paper 1088.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1088

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No:  05-2953

JACKSON J. TEED;
MARILYN A. TEED, H/W,

Appellants

v.

TOWNSHIP OF HILLTOWN; THE BOARD OF SUPERVISORS HILLTOWN
TOWNSHIP; HILLTOWN TOWNSHIP ZONING HEARING BOARD;
GREGORY J. LIPPINCOTT, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS TOWNSHIP MANAGER AND ZONING OFFICER OF HILLTOWN
TOWNSHIP; BETTY SNYDER, INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AS CHAIRPERSON AND MEMBER OF THE HILLTOWN TOWNSHIP
BOARD OF SUPERVISORS; KEN BENNINGTON, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS VICE-CHAIR AND MEMBER OF THE HILLTOWN
TOWNSHIP BOARD OF SUPERVISORS; JOHN BENDER, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS MEMBER OF THE HILLTOWN TOWNSHIP
BOARD OF SUPERVISORS; JOHN SNYDER; INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS CHAIRPERSON AND MEMBER OF THE HILLTOWN
TOWNSHIP ZONING HEARING BOARD; TIMOTHY BROWNING,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE
HILLTOWN ZONING HEARING BOARD; RICHARD MANFREDI,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE
HILLTOWN TOWNSHIP ZONING HEARING BOARD; JEFFREY G. TRAUGER,
ESQUIRE, INDIVIDUALLY AND IN HIS CAPACITY AS
SOLICITOR FOR HILLTOWN TOWNSHIP ZONING HEARING BOARD; JACK D.
WUERSTLE, ESQUIRE, INDIVIDUALLY AND IN HIS CAPACITY AS
SOLICITOR FOR HILLTOWN TOWNSHIP

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 03-cv-06040)
District Judge: Hon. Paul S. Diamond

1

Before: McKEE and GARTH, <u>Circuit Judges</u>,
and LIFLAND, <u>Senior District Judge</u>[*]

Argued: May 16, 2006

(Opinion filed: May 18, 2006)

MARK C. CLEMM, ESQ.  (Argued)
SETH D. WILSON, ESQ.
Morris, Clemm, Heleniak and Associates, P.C.
527 Plymouth Road, Suite 416
Plymouth Meeting, PA 19462
<u>Attorneys for Appellants</u>

JOSEPH GOLDBERG, ESQ.  (Argued)
WENDI D. BARISH, ESQ.
Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP
2000 Market Street, 13th Floor
Philadelphia, PA 10193
<u>Attorneys for Appellees</u>

OPINION

PER CURIAM

Jackson J. Teed and Marilyn A. Teed have appealed the district court's grant of

summary judgment to the defendants on their claim that the defendants violated the Equal

Protection Clause of the Fourteenth Amendment during the course of a zoning dispute.

After a lengthy argument, and after careful consideration of the briefs of the parties, we

hold that the Teeds' arguments in support of their appeal are without merit.  We will,

therefore, affirm the judgment of the district court.

---

[*]The Hon. John C. Lifland, Senior District Judge of the United States District
Court for the District of New Jersey, sitting by designation.